IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DERENZO DESHON PRESTON,** **PLAINTIFF**
**ADC #161380**

v.          **CASE NO. 2:19-CV-00075 BSM**

**WENDY KELLY, et al.**          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 6] is adopted. This case is dismissed without prejudice. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of September 2019.

_____
UNITED STATES DISTRICT JUDGE